UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CALVIN HEGWOOD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Hon. Gordon J. Quist

Case No. 1:18-cv-00195

**REPORT AND RECOMMENDATION**

    Plaintiff filed his complaint on February 23, 2018.  His application to proceed *in forma pauperis* was granted, summons issued and service was completed by the United States Marshal.  Defendant's Answer and the Administrative Transcript were filed.  (ECF Nos. 9, 10). According to the Notice Regarding Consent and Directing Filing of Briefs, (ECF No. 12), Plaintiff's initial brief was due May 23, 2018.   Plaintiff failed to file his initial brief.  An Order to Show Cause by June 12, 2018 issued.  (ECF No. 16). Plaintiff failed to respond.

    As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. LCivR. 41.1 for want of prosecution and failure to comply with the rules and orders of this court.  Timely objections to this Report and Recommendation shall be considered plaintiff's opportunity to show cause why this matter should not be dismissed.

Dated: July 5, 2018

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).