UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN HEGWOOD,

        Plaintiff,                            Case No.  1:18-CV-195

v.                                          Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 5, 2018, recommending that the Court dismiss this matter for want of prosecution.  (ECF No. 17)  The Report and Recommendation was duly served on Plaintiff on July 6, 2018.  No objection has been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 5, 2018, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR 41.1 for want of prosecution.


Dated:  July 24, 2018                                                /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE